# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT PATRICK | CIVIL ACTION NO. 17-0976 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TEXAS ROADHOUSE, INC. | MAGISTRATE JUDGE KAY |

**ORDER**

For the reasons stated in the Report and Recommendation (Record Document 9) of the Magistrate Judge previously filed herein, after an independent review of the record, no written objections having been filed, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that Plaintiff's Motion to Remand and Motion for Attorney's Fees (Record Document 6) is **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 20th day of November, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT